**ATTACHMENT E**






















































